UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL KHAN,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civ. A. No. 20-0295 (RCL) |

### DEFENDANTS' CONSENT MOTION TO STAY PROCEEDINGS

Defendants respectfully move for a 60-day stay of the pending proceedings for the reasons set forth below. Plaintiff has been contacted through counsel and has consented.

Plaintiff brings this *mandamus* action for relief from Defendants' alleged refusal to adjudicate Plaintiff's Immigrant Visa Application (for Plaintiff's wife, Maraih Siddiqui). Plaintiff's application was refused pursuant to INA 221(g) on February 11, 2019, for further processing. The additional processing involved obtaining required medical records form Ms. Siddiqui. The consular section of the United States Embassy in Pakistan recently received the requested updated medical exam results for Ms. Siddiqui, paving the way for a further adjudication of the application, under oath, in connection with an in-person proceeding at the consular section.

Because of the global COVID-19 pandemic, all routine visa services – of which Plaintiff's application is one – have been temporarily suspended as of March 20, 2020. See https://travel.state.gov/content/travel/en/News/visas-news/suspension-of-routine-visa-services.html. There has been no date identified for the resumption of such services. However,

once consular services resume, Ms. Siddiqui's will be able to schedule an appointment to obtain further processing and re-adjudicate of the application.

In an effort to avoid unnecessary litigation before an opportunity for readjudication of the application can take place, Defendants request a 60-day stay of the proceedings. In the event that the restrictions have not been lifted prior to the expiration of the stay, the parties will either submit a proposal for further action by joint status report or seek an extension of the stay.

Date:   April 22, 2020

      Washington, DC

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *John Moustakas*
John Moustakas, D.C. Bar # 442076
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL KHAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>   *Defendant*s. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. A. No. 20-0295 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **(PROPOSED) ORDER**

For the reasons set forth in Defendants' Consent Motion to Stay Proceedings, and the entire record contained herein, the motion is **hereby GRANTED.**

  **So ordered.**

**Date:**

_____

**United States District Judge**

- 3 -